Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & HASLAM, P.C.**
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110-2668
Telephone: (801) 322-2222
Facsimile: (801) 322-2282

Richard D. Burbidge (#0492)
**BURBIDGE & MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, an individual; TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children TARYN SPEER and TANNER SPEER,<br><br>Plaintiffs,<br><br>v.<br><br>AHMAD SA'ID KHADR, an individual, a.k.a AHMAD SAID KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a. ABU ABD AL-RAHMAN,<br><br>Defendant. | **EX PARTE MOTION FOR WRIT OF EXECUTION**<br><br><br>Civil No.: 1:06MS00481<br><br><br>Judge: |

Pursuant to Rule 69, Fed. R. Civ. P., by and through undersigned counsel, Winder & Haslam, P.C., Plaintiffs Layne Morris and Tabitha Speer submit this Ex Parte Motion for Writ of Execution. Defendant Ahmad Sa'id Khadr's Assets are blocked by the U.S. Office of Foreign Assets Control. On June 13, 2007, United States District Court Judge Paul Cassell, Central

District of Utah, determined that Defendant Ahmad Sa'id Khadr's blocked assets are subject to the Terrorism Risk Insurance Act, Pub. L. No. 107-297, 116 Stat. 2322 (Nov. 26, 2002). As a result of this determination, defendant Ahmad Sa'id Khadr's assets (including the blocked assets of any agency or instrumentality of defendant Ahmad Sa'id Khadr) are subject to execution and disbursement. A memorandum in support of the motion is submitted herewith.

DATED this 12 day of September 2007.

WINDER & HASLAM, P.C.

DONALD J. WINDER
JERALD V. HALE
*Attorneys for Plaintiffs*

Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & HASLAM, P.C.**
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110-2668
Telephone: (801) 322-2222
Facsimile: (801) 322-2282

Richard D. Burbidge (#0492)
**BURBIDGE & MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, an individual; TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children TARYN SPEER and TANNER SPEER,<br><br>Plaintiffs,<br><br>v.<br><br>AHMAD SA'ID KHADR, an individual, a.k.a AHMAD SAID KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a. ABU ABD AL-RAHMAN,<br><br>Defendant. | MEMORANDUM IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR WRIT OF EXECUTION<br><br><br>Civil No.: 1:06MS00481<br><br><br>Judge: |

Pursuant to Rules 7 and 69, Fed. R. Civ. P., by and through undersigned counsel Winder & Haslam, P.C., Plaintiffs Layne Morris and Tabitha Speer hereby submit this Memorandum in Support of their Ex Parte Motion for Writ of Execution.

I.  **DISTRICT COURT JUDGE ORDERED DEFENDANT'S ASSETS HELD BY OFAC ARE SUBJECT TO TRIA AND ASSETS HELD BY OFAC SHOULD BE ATTACHED AND DISBURSED TO PLAINTIFFS.**

On February 16, 2006, Judge Paul Cassell of the District Court for District of Utah, Central Division, awarded Plaintiffs a default judgment (the "Judgment") against defendant Ahmad Sa'id Khadr. The Judgment was registered in the United States District Court for the District of Columbia on November 11, 2006 under the above listed civil number. Plaintiffs sought to execute upon the Court's Order by applying for a license to attach the Judgment to Defendant's assets blocked by the U.S. Department of Treasury's Office of Foreign Assets Control ("OFAC"). In response to Plaintiffs' requests, OFAC advised Plaintiffs had a right to attach the blocked assets of defendant Ahmad Sa'id Khadr, and funds could be distributed without a license from OFAC, if, and to what extent, the trial court determined Plaintiffs' claims to be subject to the Terrorism Risk Insurance Act of 2002 ("TRIA"), Pub. L. No. 107-297, 166 Stat. 2322 (Nov. 26, 2002). *See* Correspondence of OFAC Director Adam J. Szubin, attached as Exhibit "A."

In response to the correspondent from OFAC, Judge Cassell examined the Plaintiffs' claims in light of Title II of the TRIA and determined "plaintiff's claims — in full — are subject to the TRIA." *See* Order Regarding Plaintiffs' Claims (the "Order") at p. 2, attached as Exhibit "B." Because Plaintiffs' claims are based upon "terrorist activities" within the meaning of Title II of TRIA, defendant Ahmad Sa'id Khadr's blocked assets (including the blocked assets of any agency or instrumentality of defendant Ahmad Sa'id Khadr) are therefore subject to attachment

in aid of execution to satisfy the Court's judgment. Pursuant to the Uniform Enforcement of Judgments Act, DC ST § 15-351 *et seq.*, Plaintiffs request this court issue the Writ of Execution filed herewith to allow funds to be distributed to Plaintiffs.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their Ex Parte Motion and issue a Writ of Execution attaching the Judgment to defendant Ahmad Sa'id Khadr's assets blocked by the U.S. Office of Foreign Assets Control.

DATED this _12_ day of September 2007.

WINDER & HASLAM, P.C.

_____
DONALD J. WINDER
JERALD V. HALE
*Attorneys for Plaintiffs*

Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & HASLAM, P.C.**
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110-2668
Telephone: (801) 322-2222
Facsimile:  (801) 322-2282

Richard D. Burbidge (#0492)
**BURBIDGE & MITCHELL**
215 South State Street, Suite 920
Salt Lake City, UT 84111
Telephone: (801) 355-6677
Facsimile:  (801) 355-2341

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, an individual; TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children TARYN SPEER and TANNER SPEER,<br><br>Plaintiffs,<br><br>v.<br><br>AHMAD SA'ID KHADR, an individual, a.k.a AHMAD SAID KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a. ABU ABD AL-RAHMAN,<br><br>Defendant. | **WRIT OF EXECUTION**<br><br><br>Civil No.: 1:06MS00481<br><br><br>Judge: |

WRIT OF EXECUTION TO THE UNITED STATES MARSHAL, CIVIL DIVISION:

WHEREAS, Judgment was rendered in the U.S. District Court for the District of Utah with the Honorable Paul G. Cassell presiding, on February 16, 2006 for the principal sum of $102.6 million, plus $67,619.25 in attorney fees and $2,854.49 in costs.  Said judgment was

registered in the United States District Court for the District of Columbia on November 2, 2006. You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions. These are, therefore, to command you to collect the Judgment of $102,670,473.74, by levying upon any assets owned by AHMAD SA'ID KHADR, a.k.a AHMAD SAID KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a. ABU ABD AL-RAHMAN, and frozen by the Office of Foreign Assets Control, located at U.S. Department of the Treasury, Treasury Annex, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220, to satisfy the Judgment in full.

Within sixty (60) days after receipt of this Writ, return this Writ with a statement and a certificate of your doings in completing the service.

ISSUED under the seal of this Court this _____ day of _____ 2007.

_____
CLERK OF THE COURT


By_____
       DEPUTY CLERK