CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAYNE MORRIS, et al. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Misc. Case Number 06-481 (RCL) |
| | ) | |
| AHMAD SA'ID KHADR, et al. | ) | Category   O |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 26, 2007</u> from <u>Judge Unassigned</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Case Randomly Assigned because there was a pending motion, which needed attention)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Lamberth</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk