Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & HASLAM, P.C.**
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110-2668
Telephone: (801) 322-2222
Facsimile: (801) 322-2282

Richard D. Burbidge (#0492)
**BURBIDGE & MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, an individual; TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children TARYN SPEER and TANNER SPEER,<br><br>Plaintiffs,<br><br>v.<br><br>AHMAD SA'ID KHADR, an individual, a.k.a AHMAD SAID KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a. ABU ABD AL-RAHMAN,<br><br>Defendant. | **REQUEST FOR RULING ON PENDING MOTION**<br><br>Civil No.: 1:06MS00481(RCL)<br><br>Judge: Royce C. Lamberth<br><br>**RECEIVED**<br>OCT 2 6 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

COMES NOW, Plaintiffs Layne Morris and Tabitha Speer, by and through undersigned counsel, Winder & Haslam, P.C., hereby requests this court to rule on the Plaintiffs pending Ex Parte Motion for Writ of Execution, assigned to this Court on September 26, 2007. On February 16, 2006, Judge Paul Cassell of the District Court for District of Utah, Central Division, awarded

Plaintiffs a default judgment (the "Judgment") against defendant Ahmad Sa'id Khadr. The Judgment was registered in the United States District Court for the District of Columbia on November 11, 2006 under the above listed civil number.

Subsequent to this judgment, Plaintiffs simultaneously moved this Court and the United States District Court, Central District Utah, for a Writ of Execution to allow plaintiffs to gain access to Defendant's Assets which are blocked by the U.S. Office of Foreign Assets Control. Based on previous rulings and for the reasons cited in Plaintiff's Motion and Memorandum for Writ of Execution, Judge Paul Cassel caused a Writ of Execution to issue from the Utah District Court. A copy of this Order is attached as "Exhibit 1" and incorporated by reference. Pursuant to Fed. R. Civ. P. 69 and local rules for the District Court of the District of Columbia, a Writ should also issue out of this District Court, as the assets sought to be attached are held within the jurisdiction of this Court. On this basis, Plaintiffs request that this court rule on the pending motion and issue the requested Writ of Execution.

DATED this 24 day of October 2007.

WINDER & HASLAM, P.C.

_____
DONALD J. WINDER
JERALD V. HALE
*Attorneys for Plaintiffs*

2

# EXHIBIT 1

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LAYNE MORRIS; an individual, TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children TARYN SPEER and TANNER SPEER,<br><br>Plaintiffs,<br><br>vs.<br><br>AHMAD SA'ID KHADR, an individual, a.k.a. AHMAD SAID KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a. ABU ABD AL-RAHMAN,<br><br>Defendant. | ORDER GRANTING PLAINTIFFS' SECOND EX PARTE MOTION FOR WRIT OF EXECUTION<br><br><br><br>Case No. 2:04-CV-00723 PGC |

The court, having received no objection from the United States Office of Foreign Assets Control (OFAC) to its expressed intent of issuing plaintiffs' requested writ of execution,[1] hereby GRANTS plaintiffs' second Ex Parte Motion for Writ of Execution [#26].

The Clerk's Office is directed to issue the writ in accordance with the information

---

[1] *See* Order Re Pls.' Second Ex Parte Mot. Writ Execution 2 (Docket No. 31) ("The court, having carefully reviewed plaintiffs' motion, plans to sign an order granting it and to issue the requested writ of execution shortly after October 19, 2007 unless the court receives some objection from the OFAC before then.").

provided in plaintiffs' proposed version.[2] The case shall remain closed.

SO ORDERED.

DATED this 22nd day of October, 2007.

BY THE COURT:

*[signature]*

Paul G. Cassell
United States District Judge

---

[2] *See* Pls.' Mem. Supp. Ex Parte Mot. Writ Execution (Docket No. 27, Attach. 2).