UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, *et al.*         ) | |
|                                    ) | |
|    Plaintiffs,           ) | |
|                                    ) | |
| v.                                     ) | Civil Action No. 06-MS-481 (RCL) |
|                                    ) | |
| AHMAD SA'ID KHADR, *et al.*   ) | |
|                                    ) | |
|    Defendants.       ) | |

## **ORDER**

In response to plaintiffs' request [4] on October 26, 2007, that this Court rule on plaintiffs' pending ex parte motion for writ of execution, this Court hereby informs plaintiffs that it plans to issue the writ on November 16, 2007 <u>unless</u> the United States objects.  Accordingly, it is hereby

ORDERED that the Clerk shall send a copy of this order and the papers filed herein to the United States Attorney's Office for the District of Columbia, who shall provide copies to the United States Office of Foreign Assets Control and the Department of Justice, and the United States Attorney shall file any objection to issuance of the writ no later than November 16, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 30, 2007.