UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 06-MC-481 (RCL) |
| ) | |
| v. ) | |
| ) | |
| AHMAD SA'ID KHADR, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## <u>NOTICE OF APPEARANCE</u>

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for United States Office of Foreign Assets Control in the above-captioned case.

Dated: December 12, 2007
        Washington, D.C.

Respectfully submitted,

                    /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov