UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AHMAD SA'ID KHADR, et al., )<br>)<br>Defendants. )<br>) | Case No. 06-MC-481 (RCL) |

### NOTICE OF THE UNITED STATES OF AMERICA

Plaintiffs bring this matter before the Court to enforce a default judgment ("Judgment") entered in their favor against Defendant Ahmad Sa'id Khadr in the United States District Court for the District of Utah, Central Division. Upon considering Plaintiffs' *ex parte* motion for a writ of execution against Defendant Khadr's assets blocked by the Department of the Treasury's Office of Foreign Assets Control ("OFAC"), the Court issued an Order dated October 30, 2007 (the "Order"), informing Plaintiffs that it would issue such a writ unless the United States objected. In so doing, the Court instructed the Clerk to send copies of the Order to the United States Attorney's Office for the District of Columbia and ordered the government to file any objection to Plaintiffs' Motion by November 16, 2007.

Unfortunately, due to an administrative error, the Civil Division of the U.S. Attorney's Office for the District of Columbia did not receive a copy of the Order until December 10, 2007. Upon receiving the Order, the Civil Division contacted the Court's chambers and Plaintiffs' counsel to explain the situation. Additionally, below named counsel has contacted agency counsel for OFAC and counsel at the Department of Justice and is diligently working with such

individuals to analyze the relevant materials and decide whether an objection or other response is necessary. Given the delayed notice, matters and deadlines in other pending cases, and the upcoming holidays, the United States requires additional time to review the matter and formulate an appropriate response or objection, if necessary, pursuant to 28 U.S.C. § 517, which authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States." Any such participation must be authorized by the Assistant Attorney General for the Civil Division.

Undersigned counsel for the United States has contacted Plaintiffs' counsel and learned that Plaintiffs' counsel does not see a need for any additional time. The reasonable period of time required by the United States in which to consider this matter and determine whether it will make a substantive filing with the Court, however, will not unduly delay the Court's resolution of this matter and serves the interests of the parties and the Court.

WHEREFORE, pursuant to Fed. R. Civ. P. 6(b), the United States respectfully requests that the Court defer resolution of plaintiffs' motion for a writ of execution until after January 9, 2008. At or before that time, the United States will either advise the Court that it will not participate in this matter, or it will file a substantive memorandum setting forth its interests. A proposed order is attached.

*   *   *

Dated: December 12, 2007
         Washington, DC

                                    Respectfully submitted,

                                    /s/
                        JEFFREY A. TAYLOR, D.C. BAR #498610
                        United States Attorney

                                    /s/
                        RUDOLPH CONTRERAS, D.C. BAR #434122
                        Assistant United States Attorney

                                    /s/
                        BRIAN P. HUDAK
                        Assistant United States Attorney
                        555 4th Street, NW
                        Washington, DC 20530
                        (202) 514-7143

                        *Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>AHMAD SA'ID KHADR, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Case No. 06-MC-481 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

UPON CONSIDERATION of the Notice of the United States of America, which seeks an enlargement of time to object to Plaintiffs' ex parte motion for writ of execution ("Motion"), and for good cause shown, it is hereby:

ORDERED that the United States shall have through, and including, January 9, 2008, to object to Plaintiffs' Motion.

_____                              _____
Date                                                                ROYCE C. LAMBERTH
                                                                         United States District Judge

Copies to Counsel of Record Via ECF