UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, et al.,               )<br>                                                  )<br>         Plaintiffs,                      )<br>                                                  )<br>    v.                                       )<br>                                                  )<br>AHMAD SA'ID KHADR, et al.,   )<br>                                                  )<br>         Defendants.                  )<br>                                                  ) | Case No. 06-MC-481 (RCL) |

## **ORDER**

UPON CONSIDERATION of the Notice of the United States of America, which seeks an enlargement of time to object to Plaintiffs' ex parte motion for writ of execution ("Motion"), and for good cause shown, it is hereby:

ORDERED that the United States shall have through, and including, January 9, 2008, to object to Plaintiffs' Motion.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on December 18, 2007.