Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & COUNSEL, P.C.**
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110-2668
Telephone: (801) 322-2222
Facsimile:  (801) 322-2282

Richard D. Burbidge (#0492)
**BURBIDGE & MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile:  (801) 355-2341

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, an individual; TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children TARYN SPEER and TANNER SPEER,<br><br>Plaintiffs,<br><br>v.<br><br>AHMAD SA'ID KHADR, an individual, a.k.a AHMAD SAID KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a. ABU ABD AL-RAHMAN,<br><br>Defendant. | **NOTICE OF CHANGE OF FIRM NAME**<br><br>Civil No.: 1:06MS00481(RCL)<br><br>Judge: Royce C. Lamberth |

Notice is hereby given that WINDER & HASLAM, P.C., is now known as WINDER & COUNSEL, P.C., and has remained in its current location. The mailing address is now as follows:

**RECEIVED**

DEC 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Donald J. Winder
Jerald V. Hale
WINDER & COUNSEL, P.C.
175 W. 200 S., #4000
P.O. Box 2668
Salt Lake City, UT 84110

Please address all future pleadings and correspondence to this office as described above.

DATED this 18th day of December 2007.

WINDER & COUNSEL, P.C.

DONALD J. WINDER
JERALD V. HALE
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this ___18___ day of December, 2007, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF FIRM NAME to be served via U.S. Mail, postage prepaid to the following:

Jeffrey A. Taylor
Rudolph Contreras
Brian P. Hudak
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, DC 20001