UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AHMAD SA'ID KHADR, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 06-MS-481 (RCL) |

## ORDER

By order filed December 18, 2007, the Court granted the United States an extension of time until January 9, 2008, within which to file any objection to petitioners' motion for a writ of execution.

Petitioners on December 20, 2007, opposed the motion of the United States for an extension of time. Since the petitioners' opposition was timely, the Court has reconsidered the question and hereby reaffirms its grant of the extension of time until January 9, 2008, within which the United States may file its objection, if any.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 3, 2008.