**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LAYNE MORRIS, et al.** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civ. No. 06-MC-481 (RCL)** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **AHMAD SA'ID KHADR, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Eric J. Beane will appear in this action on behalf of the

United States Office of Foreign Assets Control.  Copies of all filings in the above-captioned case

should be sent to Mr. Beane at the address below.

      Regular mail:                    U.S. Department of Justice
                                            Civil Division - Federal Programs Branch
                                            Post Office Box 883
                                          Washington, D.C. 20044

      Overnight mail or hand delivery:      U.S. Department of Justice
                                              Civil Division - Federal Programs Branch
                                          20 Massachusetts Avenue, N.W.
                                            Room 7124
                                            Washington, D.C. 20530

Mr. Beane's telephone number is (202) 616-2035, and his facsimile number is (202) 616-

8470.

Dated:  January 8, 2008                    Respectfully submitted,

                                          JEFFREY S. BUCHOLTZ
                                          Acting Assistant Attorney General

                                          JEFFREY A. TAYLOR

United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

_____/s/_____
ERIC J. BEANE
AZ Bar #023092
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7124
Washington, D.C.  20001
Telephone: (202) 616-2035
Fax: (202) 616-8470
Eric.Beane@usdoj.gov
*Counsel for United States*

2