Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & COUNSEL, P.C.**
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110-2668
Telephone: (801) 322-2222
Facsimile: (801) 322-2282

Richard D. Burbidge (#0492)
**BURBIDGE & MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, an individual; TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children TARYN SPEER and TANNER SPEER,<br><br>Plaintiffs,<br><br>v.<br><br>AHMAD SA'ID KHADR, an individual, a.k.a AHMAD SAID KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a. ABU ABD AL-RAHMAN,<br><br>Defendant. | REQUEST TO SUBMIT FOR DECISION<br><br>Civil No.: 1:06MS00481(RCL)<br><br>Judge: Royce C. Lamberth<br><br>**RECEIVED**<br>JAN 1 8 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

COMES NOW, Plaintiffs Layne Morris and Tabitha Speer, by and through undersigned counsel, Winder & Haslam, P.C., hereby requests this court to rule on the Plaintiffs' pending Ex Parte Motion for Writ of Execution, assigned to this Court on September 26, 2007. On October 30, 2007, this Court issued an Order indicating that the Court would issue the Writ no later than

November 16, 2007, "unless the United States objects." However, As a result of an error in supplying prompt notice to the appropriate United States Attorney's Office, the United States requested an extension of time to respond until January 9, 2008. The Court granted the motion giving the United States until January 9, 2008 to file an objection. The United States filed no objection within the time limits set by the Court. Accordingly, Plaintiffs request that this matter be submitted for decision and issuance of the Writ.

DATED this 16th day of January 2008.

WINDER & COUNSEL, P.C.

_____
DONALD J. WINDER
JERALD V. HALE
Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on this __16__ day of January, 2008, I caused a true and correct copy of the foregoing REQUEST TO SUBMIT FOR DECISION to be served via U.S. Mail, postage prepaid to the following:

Jeffrey A. Taylor
Rudolph Contreras
Brian P. Hudak
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, DC 20001