IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAYNE MORRIS, et al.** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | Civ. No. 06-MC-481 (RCL) |
| ) | |
| vs. ) | |
| ) | |
| **AHMAD SA'ID KHADR, et al.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## OBJECTION TO REQUEST TO SUBMIT FOR DECISION

Plaintiffs filed a Request to Submit for Decision on the mistaken belief[1] that the United States had not filed a timely objection to Plaintiffs' Motion for Writ of Execution within the time limit set by the Court. Doc. #14. The United States opposes issuance of the writ for the reasons set out in its earlier memorandum. *See* Mem. in Opp'n to Pls.' Mot. for Writ of Execution, Doc. #13 (Jan. 9, 2008).

Dated: January 22, 2008           Respectfully submitted,

                                  JEFFREY S. BUCHOLTZ
                                  Acting Assistant Attorney General

                                   JEFFREY A. TAYLOR
                                   United States Attorney

                                   VINCENT M. GARVEY
                                   Deputy Director, Federal Programs Branch

---

[1] Counsel for Plaintiffs informed the undersigned counsel on January 22, 2008 that he is not registered for the CM/ECF system in the District of Columbia, which may have contributed to a lack of knowledge of the United States' timely objection.

    /s/ Eric J. Beane
ERIC J. BEANE
AZ Bar #023092
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW., Room 7124
Washington, DC 20001
Telephone: (202) 616-2035
Fax: (202) 616-8470
Eric.Beane@usdoj.gov
*Counsel for United States*