JAN 25 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & COUNSEL, P.C.**
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110-2668
Telephone: (801) 322-2222
Facsimile: (801) 322-2282

Richard D. Burbidge (#0492)
**BURBIDGE & MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, an individual; TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children TARYN SPEER and TANNER SPEER,<br><br>Plaintiffs,<br><br>v.<br><br>AHMAD SA'ID KHADR, an individual, a.k.a AHMAD SAID KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a. ABU ABD AL-RAHMAN,<br><br>Defendant. | **MOTION TO ENLARGE TIME TO SUBMIT REPLY IN SUPPORT OF WRIT OF EXECUTION**<br><br>Civil No.: 1:06MS00481(RCL)<br><br>Judge: Royce C. Lamberth |

COMES NOW, Plaintiffs Layne Morris and Tabitha Speer, by and through undersigned counsel, Winder & Counsel, P.C., hereby move this Court to enlarge the time required by local rule LCvR7 (d) in which to reply to the United States' Memorandum in Opposition to Plaintiffs' Motion for Writ of Execution. Plaintiffs filed an Ex Parte Motion for Writ of Execution, which

was assigned to this Court on September 26, 2007. On October 30, 2007, this Court issued an Order indicating that the Court would issue the Writ no later than November 16, 2007, "unless the United States objects." However, as a result of an error in supplying prompt notice to the appropriate United States Attorney's Office, the United States requested, and was granted, an extension of time to respond until January 9, 2008. On January 15, 2008 counsel for Plaintiffs checked the electronic docket of the case, but did not see that the United States had filed an opposition memorandum, prompting Plaintiff's counsel to file a Request to Submit for Decision on January 16, 2008. On January 22, 2008, Plaintiffs' counsel again checked the court docket to ascertain if the Request had been filed with the Court. At this time counsel became aware of the Opposition Memorandum filed by the United States. As a result, Plaintiffs counsel is requesting and enlargement of time and hereby moves the Court to allow Plaintiffs additional time to submit a Reply in Support of their Motion for a Writ of Execution to January 31, 2008. Counsel for the United States has been consulted in this regard and does not oppose this Motion.

RESPECTFULLY submitted this 23 day of January 2008.

WINDER & COUNSEL, P.C.

_____
DONALD J. WINDER
JERALD V. HALE
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___23___ day of January, 2008, I caused a true and correct copy of the foregoing MOTION TO ENLARGE TIME TO SUBMIT REPLY IN SUPPORT OF WRIT OF EXECUTION to be served via U.S. Mail, postage prepaid to the following:

>Jeffrey A. Taylor
>Vincent M. Garvey
>Eric J. Beane
>United States Attorney's Office
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7124
>Washington, DC 20001

_____

Donald J. Winder (#3519)
Jerald V. Hale (#8466)
**WINDER & COUNSEL, P.C.**
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110-2668
Telephone: (801) 322-2222
Facsimile: (801) 322-2282

Richard D. Burbidge (#0492)
**BURBIDGE & MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, an individual; TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children TARYN SPEER and TANNER SPEER, <br><br>Plaintiffs, <br><br>v. <br><br>AHMAD SA'ID KHADR, an individual, a.k.a AHMAD SAID KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a. ABU ABD AL-RAHMAN, <br><br>Defendant. | **ORDER ENLARGING TIME TO SUBMIT REPLY IN SUPPORT OF MOTION FOR WRIT OF EXECUTION** <br><br><br>Civil No.: 1:06MS00481(RCL) <br><br><br>Judge: Royce C. Lamberth |

Based on Plaintiffs' unopposed Motion to Enlarge Time to Submit Reply in Support of Writ of Execution, and good cause appearing, it is hereby:

ORDERED Plaintiffs' time to submit a Reply is extended to January 31, 2008.

DATED this _____ day of January 2008.

                                                      BY THE COURT:

                                                      _____
                                                      Royce Lambert
                                                     District Court Judge