A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LAYNE MORRIS; TABITHA SPEER, in her own right; TABITHA SPEER, as
Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER
on behalf of her minor children TARYN SPEER and TANNER SPEER

)

Plaintiff(s)    )    **APPEARANCE**

)

)

vs.    )    CASE NUMBER    1:06-MS-00481 RCL

AHMAD SA'ID KHADR, an individual, a.k.a AHMAD SAID
KHADR, a.k.a. AHMED SAID KHADR, a.k.a. AL-KANADI, a.k.a.    )
ABU ABD AL-RAHMAN    )

Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of    Timothy B. Fleming    as counsel in this
(Attorney's Name)

case for:    LAYNE MORRIS; TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF
CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children TARYN SPEER and TANNER SPEER

(Name of party or parties)

January 30, 2008
Date

351114
BAR IDENTIFICATION

_Signature_

Timothy B. Fleming
Print Name

Wiggins Childs Quinn & Pantazis, PLLC 2031 Florida Ave. NW
Address

Washington, DC 20009
City        State        Zip Code

(202) 467-4123
Phone Number