UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-MS-481 (RCL) |
| ) | |
| AHMAD SA'ID KHADR, *et al*. ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court hereby requests that the United States, within 10 days of this date, file a supplemental memorandum addressing the impact, if any, of the amendments to the Foreign Sovereign Immunities Act which was contained in the National Defense Authorization Act, Pub. L. No. 110-181, 2008 HR 4986 Slip Copy, signed by the President on January 28, 2008.

Within 10 days thereafter, movants may supplement their memorandum.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on February 7, 2008.