IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAYNE MORRIS, et al.** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | **Civ. No. 06-MC-481 (RCL)** |
| ) | |
| vs. ) | |
| ) | |
| **AHMAD SA'ID KHADR, et al.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION FOR WRIT OF EXECUTION**

On February 7, 2008, this Court requested that the United States file a supplemental memorandum addressing the impact, if any, of the amendments to the Foreign Sovereign Immunities Act ("FSIA"), which were contained in the National Defense Authorization Act, Pub. L. No. 110-181, 2008 HR 4986 Slip Copy, signed by the President on January 28, 2008. Section 1083 of the National Defense Authorization Act amends provisions of the FSIA addressing the so-called "terrorism exception to the jurisdictional immunity of a foreign state." *Id*. at § 1083 (repealing 28 U.S.C. § 1605(a)(7), enacting a new 28 U.S.C. § 1605A, and amending 28 U.S.C. § 1610(a)(7)). The FSIA governs only the immunity of foreign states, including state agencies and instrumentalities, from civil suit and the exceptions to that immunity. *See* 28 U.S.C. §§ 1603, 1604. Section 1083's amendment of the FSIA thus affects the immunity of foreign states. Plaintiffs do not allege that Mr. Khadr is a foreign state or an agency or instrumentality of a foreign state but, rather, that he is a member of the terrorist group,

al Qaeda.  Accordingly, the recent amendments to the National Defense Authorization Act do not affect the present litigation.

Dated:  February 19, 2008	Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

   /s/ Eric J. Beane
ERIC J. BEANE
AZ Bar #023092
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW., Room 7124
Washington, DC 20001
Telephone: (202) 616-2035
Fax: (202) 616-8470
Eric.Beane@usdoj.gov
*Counsel for United States*