IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAYNE MORRIS, et al.** ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 06-MC-481 (RCL) |
| ) | |
| vs. ) | |
| ) | |
| **AHMAD SA'ID KHADR, et al.** ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE

The United States, through its undersigned attorneys, hereby notifies the Court of a recent factual development concerning Plaintiffs' motion for writ of execution filed on September 19, 2007. The proposed writ seeks to "collect the Judgment of $102,670,473.74, by levying upon any assets owned by Ahmad Sa'id Khadr . . . and frozen by the Office of Foreign Assets Control. . ." Doc. #2-2 (Sept. 19, 2007). In their most recent filing with this Court, Plaintiffs requested that this Court "issue the requested writ for assets blocked, but not held, by OFAC." Reply to Mem. in Opp'n to Pls.' for Writ of Execution, Doc. #18, at 1 (Jan. 31, 2008). In the alternative, Plaintiffs stated that "this Court should order the OFAC to identify specific blocked assets of the Defendant and the location of the assets . . ." *Id*. at 3-4. Since that time, Plaintiffs' counsel was notified that "OFAC has not received any reports of blocked assets of Ahmad Al Khadr, and accordingly [OFAC is] not aware of any assets he may have in the United States or in the possession or control of U.S. persons." *See* Letter from Szubin to Winder, attached as Ex. 1. The United States submits that the lack of known assets that could be obtained

pursuant to Plaintiffs' proposed writ provides an additional basis on which this Court may deny Plaintiffs' pending motion for writ of execution.

Dated: April 17, 2008                Respectfully submitted,

                                     JEFFREY S. BUCHOLTZ
                                     Acting Assistant Attorney General

                                     JEFFREY A. TAYLOR
                                     United States Attorney

                                     VINCENT M. GARVEY
                                     Deputy Director, Federal Programs Branch

                                     ____/s/ Eric J. Beane_____
                                     ERIC J. BEANE
                                     AZ Bar #023092
                                     Trial Attorney
                                     U.S. Department of Justice
                                     Civil Division, Federal Programs Branch
                                     20 Massachusetts Ave., NW., Room 7124
                                     Washington, DC 20001
                                     Telephone: (202) 616-2035
                                     Fax: (202) 616-8470
                                     Eric.Beane@usdoj.gov
                                     *Counsel for United States*



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

MAR - 4 2008

FAC No. SDG-345202

Donald J. Winder
Suite 4000
175 West 200 South
P.O. Box 2668
Salt Lake City, UT 84110-2668

Re:  **<u>Layne Morris et al. v. Ahmad Al Khadr</u>**

Dear Mr. Winder:

This letter responds to your most recent correspondence. Your correspondence requested that we "advise what steps are necessary to attain a disbursement of [Ahmad Al Khadr's] frozen funds." As noted in my correspondence of May 22, 2007, funds subject to a TRIA judgment may be distributed without a license from OFAC. Accordingly, you are free to pursue any funds of Ahmad Al Khadr that you may locate anywhere in the world that are eligible for attachment pursuant to a qualifying TRIA judgment.

U.S. persons who come into possession of property of a Specially Designated Global Terrorist are required to file reports concerning such property to OFAC. 31 C.F.R. § 501.603. OFAC has not received any reports of blocked assets of Ahmad Al Khadr, and accordingly we are not aware of any assets he may have in the United States or in the possession or control of U.S. persons.

Sincerely,

Adam J. Szubin
Director
Office of Foreign Assets Control