UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYNE MORRIS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AHMAD SA'ID KHADR, *et al.* )<br>)<br>Defendants. ) | Misc. Action No. 06-481 (RCL) |

## ORDER

Upon consideration of plaintiffs' motion [2] for writ of execution, the United States' opposition thereto, the reply, the April 17, 2008 Notice, and for good cause shown, it is hereby

ORDERED that plaintiffs' motion [2] is DENIED because the United States has not waived its sovereign immunity and the United States denies knowledge of any blocked assets that might be subject to a writ. It is further

ORDERED that plaintiffs' motions [4] and [14] for a decision on plaintiffs' motion for writ of execution is DENIED AS MOOT.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 2, 2008.